# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Connie Serrano, et al.
                            Plaintiff,

v.                                           Case No.: 1:18−cv−02191
                                                           Honorable Sidney I. Schenkier

City of Chicago, et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 18, 2019:

      MINUTE entry before the Honorable Sidney I. Schenkier: Status and motion hearings held. Without objection, plaintiffs' motion for leave to file under seal is granted (doc. #[211]). Plaintiffs' revised motion to approve settlement (doc. #[212]) is denied without prejudice to filing a second revised motion to approve settlement that conforms with the Court's comments on the record. Plaintiffs are given leave to file the motion under seal. Mailed notice. (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.